[No. 64536-6-I.   Division One.   November 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LEEMAH CARNEH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11071-9, Palmer Robinson, J., entered November 17, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Schindler, JJ.

[No. 64899-3-I.   Division One.   November 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL SOTO-BOJORQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-01427-5, Charles R. Snyder, J., entered February 2, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 65334-2-I.   Division One.   November 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONNIO MARQUIS SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05711-3, J. Wesley Saint Clair, J., entered April 15, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington and Lau, JJ.

[No. 65546-9-I.   Division One.   November 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07941-9, Brian D. Gain, J., entered May 21, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.